## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. Action. No. 19-87 |
| ) | |
| MICHAEL JAVARIS ROSEBORO, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## DEFINITION

For purposes of this Indictment, the term "sexually explicit conduct" is defined in Title 18, United States Code, Section 2256(2)(A), and includes but is not limited to actual and simulated lascivious exhibition of the genitals and pubic area of any person. Moreover, the term "visual depiction" is defined in Title 18, United States Code, Section 2256(5), and includes but is not limited to data stored on computer disk or by electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. Finally, the term "minor" is defined in Title 18, United States Code, Section 2256(1), as any person under the age of eighteen years.



FILED
JUL 02 2019
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COUNT ONE

### (Attempted Production of Child Pornography)

From on or about November 15, 2018, through on or about November 20, 2018, in the State and District of Delaware and elsewhere, the defendant, **MICHAEL JAVARIS ROSEBORO**, did knowingly attempt to employ, use, persuade, induce, entice, and coerce an individual whom he believed had not yet attained the age of 18 years to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and that such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and was mailed; to wit, **MICHAEL JAVARIS ROSEBORO** did attempt to employ, use, persuade, induce, entice, and coerce an individual whom he believed had not yet attained the age of 18 years to take and send photographs and video of that individual's genitals and pubic area using text messaging, Kik, and Snapchat, all in violation of Title 18, United States Code, Sections 2251(a) and (e), and 2256.

## COUNT TWO

### (Distribution of Child Pornography)

On or about November 17, 2018, in the State and District of Delaware and elsewhere, the defendant, **MICHAEL JAVARIS ROSEBORO**, did knowingly distribute via Kik at least one visual depiction, the production of which involved the use of at least one minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, which depiction had been transported in interstate and foreign commerce, had been sent and received using any means and facility of interstate and foreign commerce, and which contained materials which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the defendant knew that at least one of the performers in the visual depiction was a minor and the visual depiction was of such minor engaged in sexually explicit conduct; to wit, **MICHAEL JAVARIS ROSEBORO** did knowingly distribute a video depicting a minor masturbating and the lascivious exhibition of that minor's genitals and pubic area via Kik, all in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1), and 2256.

### NOTICE OF FORFEITURE

Upon conviction for violating Title 18, United States Code, Sections 2251 and 2252 as set forth in Counts One and Two of the Indictment, the defendant, **MICHAEL JAVARIS ROSEBORO**, shall forfeit to the United States any and all matter that contains visual depictions of child pornography or visual depictions that are obscene or that are or appear to be of minors engaged in sexually explicit

conduct, that are produced, transported, shipped, received or possessed in violation thereof; any property constituting or derived from any proceeds **MICHAEL JAVARIS ROSEBORO** obtained directly or indirectly as a result of the aforementioned violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the following items seized on or about June 6, 2019:

- Samsung Galaxy J7 – S/N R58M20L98EH
- Dell Laptop – S/N Kcc-RMM-E2K-P40F001ZU1Z065
- Motorola Verizon Cellphone – S/N SJUG6250BC
- 4GB HC Micro SD Card – 1345PX1227P
- Happy Box Thumb Drive
- SanDisk Cruiser 4GB Thumb Drive
- SanDisk (red) 64GB Thumb Drive
- LG Smartphone (white) with 16GB SIM S/N 703CYVU1498055

All pursuant to Title 18, United States Code, Sections 1467, 2253, and 2428.

A TRUE BILL:

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Graham L. Robinson
Assistant United States Attorney

Dated: July 2, 2019

No. _____

# UNITED STATES DISTRICT COURT

District of Delaware

**THE UNITED STATES OF AMERICA**

vs.

**MICHAEL JAVARIS ROSEBORO**

**INDICTMENT**

**A true bill.**

_____
                                                              **Foreperson**

Filed in open court this _____ day,

of _____ 20__

_____
                                                                    **Clerk**